McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKIE FOLLETT,<br><br>         Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>         Defendant. | CASE NO. 2:03-CV-02310-PAN<br><br>STIPULATION AND [proposed]<br>ORDER FOR ENTRY OF JUDGMENT |

By Order entered on March 11, 2004, the parties stipulated to remand of the above captioned case before answer under sentence six of 42 U.S.C. § 405(g).  On remand, Plaintiff received a favorable decision dated December 21, 2004.  (<u>See</u> attached Notice of Decision - Favorable, Order & Decision.)

///

///

///

1

WHEREFORE THE PARTIES TO THIS ACTION, through their respective undersigned attorneys, with the approval of the Court, hereby stipulate that the Court shall direct the Clerk to enter judgment in favor of Plaintiff, affirming the Commissioner's award of benefits and terminating this action.

DATED: December 5, 2005         /s/ James O. Keefer
                                James O. Keefer

                                Attorney for Plaintiff

DATED: December 5, 2005         McGREGOR W. SCOTT
                                United States Attorney

                            By: /s/ Bobbie J. Montoya
                                BOBBIE J. MONTOYA
                                Assistant U. S. Attorney

                                Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

JEAN M. TURK
Assistant Regional Counsel

United States Social Security Administration

2

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKIE FOLLETT,<br><br>         Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>         Defendant. | CASE NO. 2:03-CV-02310-PAN<br><br>[proposed] ORDER DIRECTING THE CLERK TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF |

Pursuant to the stipulation of the parties, electronically filed *December 6, 2005*, and in light of the fully favorable decision received by Plaintiff on remand on December 21, 2004, the Clerk is hereby directed to enter Judgment in favor of Plaintiff.

SO ORDERED.


DATED: December 12, 2005.         /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  UNITED STATES MAGISTRATE JUDGE